**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 17th day of August, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Ida A. Moore,

    Debtor.

Case No. 15-22417

_____

United States Trustee,
Ilene J. Lashinsky,

    Plaintiff,

v.

Jason Blust and
Royal Legal Group, LLC,

    Defendants.

Adv. Pro. No. 18-6046

_____

## Stipulated Judgment Resolving Complaint
_____

**Background:**

1. On August 12, 2016, the Court entered an agreed order that permanently enjoined and restrained Jason Blust from directly or indirectly providing any debt resolution services in the District of Kansas.

2. On June 27, 2018, the United States Trustee filed a complaint against Jason Blust and Royal Legal Group, LLC.

3. Among other things, the complaint requested various forms of relief under 11 U.S.C. § 526.

**Stipulated Matters**

4. Under 28 U.S.C. §§ 157 and 1334, the Court has jurisdiction.

5. Under 28 U.S.C. § 1409, venue properly lies in this Court.

6. Under 28 U.S.C. § 157(b)(2), this matter is a core proceeding, so the Court may enter a final judgment.

7. Under Federal Rule of Bankruptcy Procedure 7008, the parties otherwise consent to entry of this judgment by the Bankruptcy Court.

8. This stipulated judgment does not represent a finding of any wrongdoing by Blust or Royal Legal Group.

**Stipulated Relief**

9. Blust agrees to pay $5,000 to resolve all matters.

10. The payment will consist of $350 to the Clerk of the Bankruptcy Court for the cost of filing the complaint and $4,650 to the United States Trustee to be deposited in the United States Trustee Fund.

11. In exchange for the relief entered, this judgment resolves all potential claims that the United States Trustee may have against Blust or Royal Legal Group arising out of the Moore bankruptcy or the Hunsperger bankruptcy (Case No. 18-40301)

12. Under this agreement, as required by the Court's previous order, Blust is still permanently enjoined and restrained from directly or indirectly providing any debt resolution services in the District of Kansas.

13. Going forward, Blust is permanently enjoined from recruiting, soliciting, forming, or assisting with forming any debt

resolution service business or debt relief agency that will be incorporated in the state of Kanas.

14. For purposes of clarity, nothing in Paragraphs 12 and 13 is intended to bar Blust from participating in a multi-jurisdictional law firm, attorney network, or reciprocal referral network (even those that represent Kansas-based clients) provided that Blust himself does not provide any services to any Kansas-based clients.

15. Without admitting any wrongdoing, Blust agrees to an injunction against any violations of 11 U.S.C. §§ 526, 527, and 528 as provided under 11 U.S.C. § 526(c)(5)(A) in the District of Kansas.

16. Provided that Blust makes the payment referenced above within 14 days of entry of this judgment, the United States Trustee waives, with prejudice, any relief sought in the complaint or that could be sought against Blust and Royal Legal Group but that is not addressed by this judgment.

17. This judgment disposes of the United States Trustee's complaint against Blust and Royal Legal Group, LLC.

**IT IS SO ORDERED.**

# # #

In the United States Bankruptcy Court for the District of Kansas
In re: Ida A Moore, Case No. 15-22417 (chapter 13)
Lashinsky v. Blust, et al, Adv. No. 18-06046
Stipulated Judgment Resolving Complaint
Page 5

**Prepared and Approved By:**

Ilene J. Lashinsky
United States Trustee

| | |
|---|---|
| *s/ Richard A. Wieland* | Dated: 14 August 2018 |

Trial Attorney, #12294
301 North Main Street, Suite 1150
Wichita KS 67202
Telephone: (316) 269-6214
Facsimile: (316) 269-6182
E-mail: richard.wieland@usdoj.gov

**Seen and agreed to by:**


| | |
|---|---|
| *s/ Mark B. Schaffer* | Dated: 16 August 2018 |

Mark B. Schaffer, #20221
Schaffer & Morton, Chartered
12980 Foster St., Ste. 370
Overland Park, KS 66213-2838
Telephone: (913) 345-0100
Facsimile: (913) 345-1802
E-mail: mschaffer@frislaw.com
Attorneys for Jason Blust and
Royal Legal Group, LLC